**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| James McDowell<br>4412 State Route 752<br>Asheville, Ohio 43103,<br><br> and,<br><br>Stephanie McDowell<br>4412 State Route 752<br>Asheville, Ohio 43103,<br><br> and,<br><br>Corey Smoot<br>4412 State Route 752<br>Asheville, Ohio 43103,<br><br> Plaintiffs,<br><br>v.<br><br>State Farm Fire and Casualty Company<br>Three State Farm Plaza<br>Bloomington, IL 61710,<br><br> and<br><br>Federal National Mortgage Association<br>3900 Wisconsin Avenue NW<br>Washington, DC 20016-2892<br><br> and<br><br>Seterus<br>14523 SW Millikan Way, Suite 200<br>Beaverton, Oregon 97005<br><br> and<br><br>John Does 1-5,<br><br> Defendants. | Case Number: 2:16-CV-740<br><br>Judge George C. Smith |

## DISMISSAL ORDER

This day came the Plaintiffs, James McDowell, Stephanie McDowell, and Corey Smoot, by their counsel, Defendant, State Farm Casualty Company, by its counsel, and Defendants Federal National Mortgage Association and Seterus, Inc., by their counsel (collectively, the "Parties"), and jointly announced to the Court that a settlement has been reached between the Parties in the above-referenced civil action and that, pursuant to the terms of such settlement, the Parties hereby agree and jointly submit to the Court this stipulated Dismissal Order, with prejudice, and thereupon:

The Court having considered the representations of counsel and the Parties as evidenced by their respective signatures hereto and perceiving no reason why the requested relief shall not be granted, it is hereby **ORDERED** that this civil action is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall send certified copies of this Order to all counsel of record.

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

Prepared by:

/s/ Randall L. Saunders
Melissa Foster Bird, Esquire (0064670)
Randall L. Saunders, Esquire (PHV #16177)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
949 Third Avenue, Suite 200
Huntington, West Virginia 25719
Telephone: (304) 526-3500
Facsimile: (304) 526-3599
melissa.fosterbird@nelsonmullins.com
randy.saunders@nelsonmullins.com

*Counsel for Defendants,*
*Seterus, Inc. and Federal National Mortgage Association*


Agreed to by:


/s/ Mark H. Gams
Mark H. Gams, Esquire (0025362)
**GALLAGHER, GAMS, PRYOR, TALLAN & LITTRELL, LLP**
471 East Broad Street, 19th Floor
Columbus, Ohio 43215
Phone: (614) 228-5151
Facsimile: (614) 228-0032
mgams@ggptl.com

*Counsel for Defendant State Farm Fire and Casualty Company*


And


/s/ Benjamin W. Wright
Benjamin W. Wright, Esquire (0087035)
Bridget M. Wasson, Esquire (0084457)
**THE LAW OFFICE OF BENJAMIN W. WRIGHT, LLC**
P.O. Box 6632
Columbus, Ohio 43206
Telephone: (614) 715-4686
Facsimile: (614) 522-6208

*Counsel for Plaintiffs*